1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    )  Case No. 89CR0439-IEG
                                 )
11                   Plaintiff,  )
                                 )
12        v.                     )  ORDER OF DISMISSAL
                                 )  OF INDICTMENTS AND
13  BENJAMIN ARRELLANO-FELIX(5), )  RECALL ARREST WARRANTS
    JUAN FRANCISCO-MEDINA(14),   )  AND JUDGMENT
14  FLORENCIA NUNEZ(16),         )
    MARCO ANTONIO                )
15       ALBA-MARTINEZ(20),      )
    VICTORIANO                   )
16       MENDOZA-MARTINEZ(28),   )
                                 )
17                   Defendants. )
    _____)
18

19      Upon motion of the UNITED STATES OF AMERICA and good cause

20  appearing,

21      IT IS HEREBY ORDERED that the Indictments in the above

22  entitled case be dismissed without prejudice, and the Arrest

23  Warrants be recalled.

24      IT IS SO ORDERED.

25  **DATED:  August 17, 2012**

26
                                    _____
27                                  **IRMA E. GONZALEZ**
                                    **United States District Judge**
28